IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OUTRAGE LLC,

                            Plaintiff,

     v.

NEW ARCHERY PRODUCTS
CORPORATION,

                            Defendant.

ORDER

13-cv-240-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Outrage LLC has filed a motion for a preliminary injunction to stop defendant New Archery Products Corporation from infringing plaintiff's newly issued U.S. Patent No. RE44,144.

      A hearing will be held on the motion May 2, 2013 at 9:00 a.m. Defendant may have until April 26, 2013 in which to file a brief in opposition to plaintiff's motion and, if it wishes, a statement of facts in opposition to the one filed by plaintiff.

      Entered this 11th day of April, 2013.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge