IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OUTRAGE LLC,

                                                                            ORDER

                Plaintiff,

                                                                      13-cv-240-bbc

     v.

NEW ARCHERY PRODUCTS
CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Outrage LLC has filed a motion for a preliminary injunction to stop defendant New Archery Products Corporation from infringing plaintiff's newly issued U.S. Patent No. RE44,144.

      A hearing will be held on the motion May 2, 2013 at 9:00 a.m. Defendant may have until April 26, 2013 in which to file a brief in opposition to plaintiff's motion and, if it wishes, a statement of facts in opposition to the one filed by plaintiff.

      Entered this 11th day of April, 2013.

                                                        BY THE COURT:

                                                        /s/

                                                        BARBARA B. CRABB
                                                       District Judge