IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OUT RAGE LLC,

                                                             ORDER

                    Plaintiff,

                                                        13-cv-240-bbc

          v.

NEW ARCHERY PRODUCTS
CORPORATION,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It appears that the parties were not sent a copy of the court's standard procedure to be followed on motions for injunctive relief.  A copy is attached.

Each side will have a maximum of three hours for its presentation, including argument, and may call witnesses if it wishes.

Entered this 24th day of April, 2013.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge