IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OUT RAGE LLC,

                                                   ORDER

               Plaintiff,

                                           13-cv-240-bbc

    v.

NEW ARCHERY PRODUCTS
CORPORATION,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     It appears that the parties were not sent a copy of the court's standard procedure to be followed on motions for injunctive relief. A copy is attached.

     Each side will have a maximum of three hours for its presentation, including argument, and may call witnesses if it wishes.

     Entered this 24th day of April, 2013.

                                           BY THE COURT:

                                           /s/

                                           BARBARA B. CRABB
                                           District Judge