IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OUT RAGE, LLC,

                 ORDER

    Plaintiff,

                 13-cv-240-bbc

  v.

NEW ARCHERY PRODUCTS CORPORATION,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Through an oversight, I failed to address defendant New Archery Products Corporation's motion for redaction of the preliminary injunction hearing transcript, dkt. #70. Having reviewed the motion and the transcript, I am granting the motion in its entirety over plaintiff's objections to three portions of defendant's request (203:22-204:18, 208:1-10 and 214:13-19).

  At the same time that defendant filed its motion, it filed a redacted transcript. That transcript can be made available to the public, now that the 90 days has passed since the official transcript was filed.

ORDER

  IT IS ORDERED that defendant New Archery Products Corporation's motion for redaction of the preliminary injunction hearing transcript, dkt. #70, is GRANTED and that

1

the redacted version filed by defendant as part of its motion may be made available to the public on CM-ECF.

Entered this 16th day of August, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge